```
               UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION
```

| | | |
|---|---|---|
| **STEPHENIE RENEE BLACKWELL** | ] | |
|     Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 3:13-0739 |
| | ] | Judge Trauger |
| **DAVID H. McCORD** | ] | |
|     Defendant. | ] | |

## O R D E R

The Court is in receipt of a *pro se* complaint (Docket Entry No.1) under Title VII of the Civil Rights Act of 1964, and an application to proceed in forma pauperis (Docket Entry No.2).

It appears from the application that the plaintiff lacks sufficient financial resources to pay for the filing of the complaint. Therefore, the Clerk will file the complaint in forma pauperis. 28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 1915, the Court has conducted an initial review of the complaint and finds that it is not facially frivolous or malicious. Therefore, the Clerk is directed to ISSUE PROCESS to the defendant.

This action is REFERRED to the Magistrate Judge to enter a scheduling order for the management of the case, to dispose or recommend disposition of any pretrial motions under 28 U.S.C. §§ 636(b)(1)(A) and (B), and to conduct any further proceedings that

may become necessary under Rule 72(b), Fed.R.Civ.P., and the Local Rules of Court.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge