# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| STEPHENIE RENEE BLACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0739 |
| | ) | Judge Trauger |
| DAVID H. MCCORD, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant. | ) | |

## O R D E R

It is hereby **ORDERED** that this case is set for a bench trial on April 21, 2015 at 9:00 a.m. It is further **ORDERED** that the Magistrate Judge shall conduct the pretrial conference and enter a pretrial order. He shall assist the plaintiff with the preparation of subpoenas, discuss exhibits and all other matters necessary for having the case prepared to be tried on the date set.

The Magistrate Judge has been managing this case. If he considers it appropriate to appoint counsel to represent the plaintiff at trial, he should do so.

It is so **ORDERED**.

ENTER this 16th day of April 2014.

_____
ALETA A. TRAUGER
U.S. District Judge